Opinion
issued September 29, 2011.

 

 



 

 

In The

Court of Appeals

For The

First District of Texas

 



 

NO. 01B10B00819BCV

 



 

CHRISTOPHER KNOWLES AND MINA MANN,
Appellants

 

V.

 

JIMMY D. WRIGHT, Appellee

 



 

On Appeal from the 61st
District Court

Harris County, Texas

Trial Court Cause No. 2007-02728

 



 

MEMORANDUM
OPINION








Appellants ,Christopher Knowles and Mina Mann, have
failed to timely file a brief.  See
Tex. R. App. P. 38.8(a) (failure
of appellant to file brief).  After being
notified that this appeal was subject to dismissal, appellants did not
adequately respond.  See Tex. R. App. P. 42.3(b) (allowing
involuntary dismissal of case).

We dismiss the appeal for want of prosecution
for failure to timely file a brief.  

We dismiss any pending motions as moot.

PER
CURIAM

Panel consists of Justices Jennings, Sharp, and Brown.